# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISCTRICT OF MICHIGAN NORTHERN DIVISION

In re:                                                       Case No.: 15-21503
    Scott J. Kloha                                  Chapter 7 Proceedings
    Kathy J. Kloha (Deceased)               Honorable Daniel S. Opperman

                      Debtor(s),
_____/

## ORDER OF DISMISSAL

      Upon review of the Debtors' Motion for Voluntary Dismissal, pursuant to 11 USC Section 1307 (c), and the Court being apprised in the premises.

      Now THEREFORE it is HEREBY ORDERED that this case is dismissed.

1. IT IS FURTHER ORDERED that;

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 7 Trustee and to make such forth Orders with respect to fees, costs, other distribution and the discharge of the Chapter 7 Trustee as may be necessary or proper;

    b. The Clerk shall serve a copy of the Notice of Dismissal upon the Debtor(s), the Attorney for the Debtor(s)

**Signed on May 10, 2018**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**